UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SMITH,<br><br>    Petitioner,<br><br>  v.<br><br>E. G. BROWN, et al.,<br><br>    Respondents. | No. C 12-3156 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed because the petition fails to state a claim that the petitioner is in custody in violation of his rights under the Constitution, treaties or laws of the United States.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 1, 2012

                                                    SUSAN ILLSTON
                                          United States District Judge