UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN SMITH,                                    No. C 12-3156 SI (pr)

        Petitioner,                          **JUDGMENT**

     v.

E. G. BROWN, et al.,

        Respondents.
_____/

    This action is dismissed because the petition fails to state a claim that the petitioner is in custody in violation of his rights under the Constitution, treaties or laws of the United States.

    IT IS SO ORDERED AND ADJUDGED.

DATED: November 1, 2012

_____
SUSAN ILLSTON
United States District Judge